**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Cary Jurgens, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO DISMISS COUNT I OF** |
| vs. | ) | **PLAINTIFF'S COMPLAINT** |
| | ) | |
| BNSF Railway Company, a corporation, | ) | |
| | ) | Case No. 4:12-cv-063 |
| Defendant. | ) | |

Before the court is a "Stipulation to Dismiss Count I of Plaintiff's Complaint" filed July 24, 2013. The court **ADOPTS** the stipulation (Docket No. 25) and **ORDERS** Count I of the complaint dismissed with prejudice and without costs and disbursements to either party.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court